# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: THOMAS W. OLICK,<br>Appellant, | : <br> : <br> : | CIVIL ACTION |
| v. | : <br> : <br> : | NO.10-458 |
| JAMES KEARNEY, et al.,<br>Appellees. | : <br> : <br> : | |

**Order**

YOHN, J.

And now, this 9th day of June, 2010, upon consideration of plaintiff/appellant Thomas W. Olick's motion to reconsider (Docket No. 4) this court's dismissal of his appeal from the bankruptcy court, defendants' response in opposition, and plaintiff/appellant's reply thereto, it is hereby **ORDERED** that:

1. Appellant's motion to reconsider is **GRANTED**;

2. The court's order dated February 8, 2010, dismissing appellant's appeal is **VACATED** and his appeal is **REINSTATED**.

3. Appellant's statement of issues to be addressed on appeal and designation of items to be included in the record on appeal (Docket No. 5) are accepted as filed.

                                                             /s/ William H. Yohn Jr.
                                                             William H. Yohn Jr., Judge