IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : CIVIL ACTION |
| THOMAS W. OLICK, | : |
| Debtor | : NO. 10cv458 |
| | : |
| THOMAS W. OLICK, | : |
| Plaintiff | : |
| | : |
| vs. | : |
| | : BANKRUPTCY |
| JAMES KEARNEY, ET AL. | : |
| Defendants. | : NO. 07-10880 |

O R D E R

**AND NOW**, this 30th day of November, 2011, upon careful consideration of the parties' briefs and the record certified for appeal, **IT IS HEREBY ORDERED** that the October 26, 2007, August 12, 2008, March 17, 2008, May 21, 2008, October 2, 2008 and December 28, 2009 orders of the United States Bankruptcy Court for the Eastern District of Pennsylvania are **AFFIRMED**.

The clerk shall **CLOSE** this case for statistical purposes.

s/William H. Yohn Jr.
William H. Yohn Jr., Judge